JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor, by and through his Guardian Ad Litem, ALEXIS BAQUERIZO,<br><br>    Plaintiff,<br><br>  v.<br><br>GARDEN GROVE UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: SACV 10-01947 JVS (CWx)<br><br>**JUDGMENT**<br><br>Action Filed:  December 21, 2010<br><br>Trial:    January 23, 2012<br><br>Judge:  Hon. James V. Selna |

On January 23, 2012, this matter came before this Court via a bench trial on Plaintiffs' appeal of the administrative decision of the Office of Administrative Hearings, ("OAH" Case No. 2010041542), the Honorable James V. Selna, United Stated District Judge, presiding. After considering the entire administrative record, and case file, argument of counsel at trial, the trial briefs of the parties, and good cause appearing, this Court finds as follows:

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Garden Grove Unified School District ("GGUSD"), as follows:

1.  Following exercise of its independent judgment and after fully reviewing the administrative record in this matter, the Court's February 6, 2012

{1017054.1 }

1    Memorandum of Decision re Review of Administrative Record finds, which

2    findings are incorporated herein in their entirety, that the Administrative Law

3    Judge's ("ALJ") decision dated September 23, 2010, OAH Case No. 2010041542, is

4    both entitled to substantial deference and supported by a preponderance of the

5    evidence. Consequently, this Court adopts  the February 6, 2012 Memorandum of

6    Decision re Review of Administrative Record in its entirety as the Decision of this

7    Court;

8         2.    Therefore, as the Court rejects in their entirety the allegations set forth

9    in the instant lawsuit which allege error on the part of the ALJ, judgment shall be

10   and hereby is entered against Plaintiffs and in favor of GGUSD on Plaintiffs'

11   Complaint;

12        3.    Plaintiffs take nothing by reason of their Complaint; and

13        4.    Defendant District shall recover its costs.

14        IT IS SO ORDERED.

15

16   DATED:  February 21, 2012        BY:_____

17                                    JAMES V. SELNA
                                      United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28

{1017054.1 }